**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Larry Dale HILL, Defendant–Appellant.**

No. 15–30014.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 21, 2015.*

Filed Sept. 25, 2015.

Lori Anne Harper Suek, Assistant U.S., Leif Johnson, Assistant U.S., Office of the

---

U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

David Merchant, Assistant Federal Public Defender, Federal Defenders of Montana, Billings, MT, for Defendant–Appellant.

Before: REINHARDT, LEAVY, and BERZON, Circuit Judges.

## MEMORANDUM **

Larry Dale Hill appeals from the district court's judgment and challenges the 30–month sentence imposed following his guilty-plea conviction for being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Hill argues that his sentence is substantively unreasonable in light of his age and amenability to rehabilitation. The district court did not abuse its discretion in imposing Hill's sentence. See Gall v. United States, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The within-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) factors and the totality of the circumstances, including the nature of the offense and Hill's criminal history. See Gall, 552 U.S. at 51, 128 S.Ct. 586.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

